UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

KATHERINE ALBARADO,

     Defendant

_____/

CASE NO.  25-CR-00355-01
JUDGE SUMMERHAYS
MAGISTRATE JUDGE AYO

## **BILL OF PARTICULARS**

The United States of America, through its undersigned counsel, respectfully submits the following Bill of Particulars specifying, as ordered by this Court on March 3, 2026, "the crime or crimes Albarado could have been charged with based on the activity the Government alleges to have occurred." Doc. 48 at 4.

In response, the Government provides that as to Count 1 of the Indictment, charging the Defendant with Attempted Enticement of a Minor to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2422(b), the Defendant could have been charged with the following five criminal offenses under the laws of the State of Louisiana had the sexual activity occurred:

1. Felony Carnal Knowledge of a Juvenile (La. R.S. 14:80)

2. Indecent Behavior with Juveniles (La. R.S. 14:81)

3. Molestation of a Juvenile (La. R.S. 14:81.2)

4. Computer-aided Solicitation of a Minor (La. R.S. 14:81.3)

5. Prohibited Sexual Conduct Between Educator and Student (La. R.S. 14:81.4)

The Government reserves the right to amend this Bill of Particulars as necessary pursuant to Federal Rule of Criminal Procedure 7(f).

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

*/s/ Zachary A. Keller*
ZACHARY A. KELLER
United States Attorney
Special Bar No. 803262
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
Telephone: (337) 262-6618